# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' SUPPLEMENTARY PENSION FUND, CENTRAL LABORERS' ANNUITY FUND, CENTRAL LABORERS' WELFARE FUND, CENTRAL LABORERS' RETIREMENT WELFARE FUND, ILLINOIS LABORERS' & CONTRACTORS TRAINING PROGRAM, CENTRAL ILLINOIS LABORERS'-EMPLOYERS' COOPERATION & EDUCATION TRUST, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, CENTRAL ILLINOIS LEGAL FUND, SOUTHERN & CENTRAL ILLINOIS LABORERS VACATION FUND, NORTH CENTRAL ILLINOIS LABORERS' WELFARE FUND, NORTH CENTRAL ILLINOIS LABORERS'-EMPLOYER'S EDUCATION TRUST FUND, WEST CENTRAL BUILDING TRADES, TRI-COUNTY CONSTRUCTION, MARKET PRESERVATION FUND, and NORTH CENTRAL WORK DUES, <br><br>   Plaintiffs, <br><br>   v. <br><br>CONNIE'S COMMERCIAL CLEANING COMPANY LLC, <br><br>   Defendant. | Case No. 1:20-cv-01270-JEH-RLH |

## **ORDER TO TURN OVER ASSETS**

THIS CAUSE, coming before the Court on Plaintiffs' Motion to Turn Over Assets pursuant to Fed. R. Civ. P. 69 and 735 ILCS 5/2-1402 of the Illinois Code of Civil Procedure, the Court having reviewed said Motion and other filings, and the

Court being fully advised in the premises, IT IS HEREBY ORDERED that Plaintiffs' Motion (doc. 37) is GRANTED.

IT IS HEREBY FURTHER ORDERED that:

1. JPMorgan Chase Bank, N.A. is ordered to turnover and remit the sum of $333.23 made payable to "Central Laborers Pension Fund" in form of a company check to Plaintiffs' Counsel, Cavanagh & O'Hara LLP, Attn: Hayden W. Eddings, 2319 West Jefferson Street, Springfield, IL 62702, from the funds currently held by JPMorgan Chase Bank, N.A. on behalf of Connie's Commercial Cleaning Company, LLC;

2. The Third-Party Citation to Discover Assets to JPMorgan Chase Bank, N.A. shall be discharged upon full compliance with the terms of this Order.

SO ORDERED.

Entered this 28th day of May 2025.

              s/ Ronald L. Hanna
              Ronald L. Hanna
            United States Magistrate Judge